| | |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>DARIN ROCK<br>Special Assistant U.S. Attorney<br>MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401<br>Fresno, California 93721<br>Telephone: (559) 497-4000<br><br>Attorneys for Plaintiff<br>  UNITED STATES OF AMERICA | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ASHLEY C. SCHUYLER,<br><br>                Defendant. | Case No. 1:17-po-00187-SAB<br><br>[Citation #F4853780 CA/4B]<br><br>MOTION AND ORDER FOR DISMISSAL |

     The United States of America, by and through Phillip A. Talbert, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00187-SAB [Citation #F4853780] against ASHLEY C. SCHUYLER without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 15, 2017                     Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                     By:    /s/ Darin Rock
                                                DARIN ROCK
                                                Special Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00187-SAB [Citation #F4853780] against ASHLEY C. SCHUYLER be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **August 16, 2017**

_____
UNITED STATES MAGISTRATE JUDGE